**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David Martin HAMRICK, a/k/a The**
**Old Man, Defendant–Appellant.**

**No. 01–6474.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided July 3, 2001.

David Martin Hamrick, pro se. Helen F. Fahey, Office of the United States Attorney, Alexandria, VA; Timothy Richard Murphy, Special Assistant United States Attorney, Hampton, VA, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

David Martin Hamrick appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Hamrick,* Nos. CR–92–67; CA–01–7–4 (E.D.Va. Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Hamrick's *Apprendi* claim is not cognizable.